**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7454

PAUL RONOLD GWAZ,

Plaintiff - Appellant,

v.

DEPUTY C. ROBERSON; KLINK, Prosecutor; RANA NAVARRETE, Magistrate of Charles City; ELLIOT BONDURANT, Chief Judge; DEFORD, Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00922-LMB-WEF)

Submitted:  June 15, 2023                                     Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Ronold Gwaz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Ronold Gwaz appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gwaz v. Roberson*, No. 1:22-cv-00922-LMB-WEF (E.D. Va. filed Nov. 30, 2022 & entered Dec. 1, 2022). We deny Gwaz's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*